# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### BENTON DIVISION

| | |
|---|---|
| Dawn Hancock, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                - against -<br><br>Arizona Beverages USA LLC,<br><br>                              Defendant | 3:21-cv-01735-SMY<br><br><br><br>Joint Motion to Opt Out of Mandatory Mediation |

Pursuant to Section 2.2(A) of Administrative Order No. 301 ("Mandatory Mediation Plan"), Plaintiff and Defendant ("the Parties") request that the above-captioned action be opted out of Mandatory Mediation based on the following:

1. The Order of June 17, 2022 states the above-captioned action is subject to automatic referral into the Court's Mandatory Mediation Program. (ECF No. 13).

2. However, the above-captioned action is a purported class action that does not fall under any Mandatory Mediation Plan Exempt Civil Case category.

3. Section 2.1(A)(4) of the Mandatory Mediation Plan states that purported class actions in Non-Exempt Civil Cases are not subject to automatic referral into the Mandatory Mediation Program.

4. This matter is in its early stages, a motion to dismiss is pending and the parties have yet to exchange discovery. Attempts at a mediation at this early stage of the litigation will be premature. The action will be in a better posture to explore settlement after a class certification motion is adjudicated.

5. WHEREFORE, the Parties respectfully request that this Court grant the parties relief

from ADR referral and grant the within joint motion to have the within action opted out from the

Mandatory Mediation Program.

Dated:   July 12, 2022

                                                                                    Respectfully submitted,

| Stevens & Lee PC | Sheehan & Associates, P.C. |
|---|---|
| /s/ Robert P. Donovan | /s/ Spencer Sheehan |
| Robert P. Donovan | Spencer Sheehan |
| robert.donovan@stevenslee.com | spencer@spencersheehan.com |
| 669 River Dr Ste 201 | 60 Cuttermill Rd Ste 412 |
| Elmwood Park NJ 07407 | Great Neck NY 11021 |
| Telephone: (201) 857-6778 | Telephone: (516) 268-7080 |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

07/12/2022 SL1 1794898v1 115260.00008