UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAWN HANCOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | )<br>)<br>)  Case No. 3:21-cv-01735-SMY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STUPLATED AND AGREED that David C. Berwin, Esq., has been selected, contacted and has agreed to serve as mediator for this action. The Mediator's contact information is as follows:

**Address:**

Evans & Dixon, LLC
211 North Broadway Ste. 2500
St. Louis Mo 63102

**Phone number:**

314-552-4046

**Email:**

dberwin@evans-nixon.com

IT IS FURTHER STIPULTED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing

2

in mind the deadlines for completion of the Mandatory Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

Dated: August 24, 2022

/s/ *Spencer Sheehan, Esq.*
Signature

Spencer Sheehan, Esq.
Printed Name

Counsel for: Plaintiff

/s/ *Robert P. Donovan, Esq.*
Signature

Robert P. Donovan, Esq.
Printed Name

Counsel for: Defendant